# SHER TREMONTE LLP

May 24, 2018

**BY E-MAIL**

The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Jason Katz,* 17 Cr. 3 (KPF)

Dear Judge Failla:

We write on behalf of our client, Jason Katz, to request a modification to the conditions of Mr. Katz's personal recognizance bond.

Under the terms of his appearance bond, Mr. Katz's travel is restricted to the Southern and Eastern Districts of New York and the District of Connecticut. We request that the Court temporarily modify the travel restrictions to permit Mr. Katz to travel to meet with U.S. government personnel in the Eastern District of Virginia on May 29, 2018 in connection with *United States v. Aiyer*, a matter pending before the Honorable John G. Koetel. The government and the U.S. Probation Office consent to this request.

Respectfully submitted,

Michael Tremonte

cc:   Benjamin Sirota, Esq.
      Antitrust Division Department of Justice (by e-mail)
      Officer Randie Q. Phillips, U.S. Probation Office (by e-mail)