```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  July 5, 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
   UNITED STATES OF AMERICA                           :
                                                      :
                                                      :      17 Cr. 003 (KPF)
                     v.                               :
                                                      :          ORDER
   JASON KATZ,                                        :
                                                      :
                                   Defendant.         :
                                                      :
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

    The sentencing for Mr. Katz, previously scheduled for July 5, 2018, is hereby ADJOURNED to January 7, 2019, at 3:00 p.m., in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

    SO ORDERED.

Dated:    July 5, 2018
          New York, New York

                                                      _____
                                                      KATHERINE POLK FAILLA
                                                    United States District Judge