```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  July 17, 2018
```

**SHER TREMONTE LLP**

July 17, 2018

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States v. Jason Katz,* 17 Cr. 3 (KPF)

Dear Judge Failla:

We write on behalf of our client, Jason Katz, to request a modification to the conditions of Mr. Katz's personal recognizance bond.

Under the terms of his appearance bond, Mr. Katz's travel is restricted to the Southern and Eastern Districts of New York and the District of Connecticut. We request that the Court temporarily modify the travel restrictions to permit Mr. Katz to travel by car to drop his son off at summer camp in Lake Como, Pennsylvania, located in the Middle District of Pennsylvania, from July 22, 2018 to July 23, 2018, and to pick him up from the same location from August 3, 2018 to August 4, 2018.  The government and the U.S. Probation Office consent to this request.

Respectfully submitted,

*/s/ Robert Knuts*

Robert Knuts

cc:   Benjamin Sirota, Esq.
      Antitrust Division Department of Justice (by e-mail)
      Officer Randie Q. Phillips, U.S. Probation Office (by e-mail)

Application GRANTED.

Dated:      July 17, 2018            SO ORDERED.
            New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE