# SHER TREMONTE LLP

July 18, 2019

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Jason Katz,* 17 Cr. 3 (KPF)

Dear Judge Failla:

    We write on behalf of our client, Jason Katz, to request a modification to the conditions of Mr. Katz's personal recognizance bond.

    Under the terms of his appearance bond, Mr. Katz's travel is restricted to the Southern and Eastern Districts of New York and the District of Connecticut. We request that the Court temporarily modify the travel restrictions to permit Mr. Katz to travel by car to drop his son off at summer camp in Lake Como, Pennsylvania, located in the Middle District of Pennsylvania, from July 22, 2019 to July 23, 2019, and to pick him up from the same location on August 18, 2019. Additionally, we request that the Court temporarily modify the travel restrictions to permit Mr. Katz to travel to the Fort Myers and Miami areas, from August 19, 2019 to August 25, 2019. These locations are within the Middle District of Florida and the Southern District of Florida. The Government and the U.S. Probation Office consent to this request.

                                        Respectfully submitted,

                                        Robert Knuts

Hon. Katherine Polk Failla
July 18, 2019
Page 2

cc:     Kevin Hart, Esq.
       Antitrust Division Department of Justice (by e-mail)
       Officer Braxton Darden, U.S. Probation Office (by e-mail)