

**U.S. Department of Justice**

Antitrust Division

*New York Office*
*26 Federal Plaza*
*Room 3630*          *212/335-8000*
*New York, New York*

December 10, 2019

**BY ECF**

Honorable Katherine Polk Failla
U.S. District Judge
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

**MEMO ENDORSED**

Re:     *United States v. Jason Katz*, 17 CR 003 (KPF)

Dear Judge Failla:

    The Government respectfully requests that the Court adjourn the sentencing of defendant Jason Katz to a date after April 3, 2020, from the current control date of January 9, 2020.  Mr. Katz recently testified in the matter of *United States v. Akshay Aiyer*, 18-cr-333 (JGK).  Mr. Aiyer was convicted and is schedule to be sentenced by Judge Koeltl on April 3, 2020.

    This is the fifth adjournment of sentencing in this case.  Counsel for Mr. Katz has consented to this request.

Respectfully submitted,



Katherine Calle
Trial Attorney
United States Department of Justice
Antitrust Division

cc: Robert Knuts, counsel for Jason Katz (via email)

Application GRANTED.  Defendant's sentencing is hereby ADJOURNED from its current control date of January 9, 2020, to April 14, 2020, at 3:00 p.m.

Dated:     December 10, 2019          SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE