# SHER TREMONTE LLP

February 3, 2020

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Jason Katz,* 17 Cr. 3 (KPF)

Dear Judge Failla:

    We write on behalf of our client, Jason Katz, to request a modification to the conditions of Mr. Katz's personal recognizance bond.

    Under the terms of his appearance bond, Mr. Katz's travel is restricted to the Southern and Eastern Districts of New York and the District of Connecticut. We request that the Court temporarily modify the travel restrictions to permit Mr. Katz to travel to Estero, Florida, located in the Middle District of Florida, to visit with family from February 11, 2020 to February 16, 2020. The Government and the U.S. Probation Office consent to this request.

Respectfully submitted,

Robert Knuts

cc:   Eric Hoffman, Esq.
      Antitrust Division Department of Justice (by e-mail)
      Officer Roody Joseph, U.S. Probation Office (by e-mail)