```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————————

UNITED STATES OF AMERICA,

            - against -                        17cr3(JGK)

JASON KATZ,                                    ORDER

                Defendant.
————————————————————————————————————
```

**JOHN G. KOELTL, District Judge:**

Sentencing is set for June 3, 2020 at 10:30 AM.

**SO ORDERED.**

Dated:   New York, New York
         April 1, 2020            _____/s/ John G. Koeltl_____
                                         John G. Koeltl
                                   United States District Judge