UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────
UNITED STATES OF AMERICA

      - against -                    17cr3 (JGK)

**JASON KATZ,**                          <u>ORDER</u>

              Defendant.
───────────────────────────────────
**JOHN G. KOELTL, District Judge:**

    The June 3, 2020 sentencing is adjourned to July 24, 2020 at 11:00 AM.

**SO ORDERED.**

**Dated:**    New York, New York
             May 12, 2020            /s/ John G. Koeltl
                                         John G. Koeltl
                                 United States District Judge