# SHER TREMONTE LLP

June 30, 2020

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The sentencing is adjourned to
> October 1, 2020 at 2:30 PM.
> SO ORDERED.
>
> New York, NY      /s/ John G. Koeltl
> July 1, 2020      John G. Koeltl, U.S.D.J.

Re:   *United States v. Jason Katz,* 17 Cr. 3 (JGK)

Dear Judge Koeltl:

We write on behalf of our client, Jason Katz, to request a thirty day adjournment of Jason Katz's sentencing, currently scheduled for July 24, 2020, until on or after August 24, 2020. By way of background, Mr. Katz testified as a cooperating witness for the Government in *United States v. Aiyer* (18-cr-333). Mr. Aiyer's sentencing hearing is currently scheduled for July 10, 2020.

We respectfully request this adjournment due to the uncertainty of whether Mr. Katz will be able to physically appear for his sentencing hearing on July 24, 2020 given COVID-19 restrictions, and whether Mr. Aiyer's sentencing will be able to go forward as scheduled on July 10, 2020. Given that there are common issues relevant to the sentencing of Mr. Aiyer and Mr. Katz, we respectfully submit that additional time between these two sentencing hearings, should Mr. Aiyer's sentencing go forward on July 10, 2020, will allow for these issues to be fully resolved prior to Mr. Katz's sentencing date.

Eric Hoffman, on behalf of the Government in this matter, has consented to this request.

Respectfully submitted,

Robert N. Knuts