UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>JASON KATZ,<br><br>                    Defendant. | 17-CR-3 (JGK)<br><br>**ORDER**<br>**EXONERATING BOND** |

IT IS HEREBY ORDERED, upon the application of counsel for Defendant Jason Katz, that the Defendant's personal recognizance bond in this matter is hereby exonerated and released, and all suretors on the Defendant's personal recognizance bond and all property posted as security for the Defendant's personal recognizance bond are also released from any liability in connection with said bond.

IT IS FURTHER ORDERED, that U.S. Pretrial Services or any other agency that has custody of the Defendant's passport return it to the Defendant's counsel.

Dated:  New York, New York
        November 25, 2020

                                        SO ORDERED.


                                         /s/ John G. Koeltl
                                        Hon. John G. Koeltl
                                        United States District Judge
                                        Southern District of New York